# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In Re:

CHUCK O EGBUNE
XXX-XX-6181

Case No. 11-38127-ABC

Chapter 13

Debtor(s)

## CHAPTER 13 TRUSTEE'S CERTIFICATE OF NON-CONTESTED MATTER
## AND REQUEST FOR ENTRY OF ORDER

On 11/20/2014 Douglas B. Kiel, Chapter 13 Trustee filed an Objection to Claim Number 15, filed by OAK HARBOR CAPITAL II LLC. Movant hereby requests and shows the Court:

1. Service of the Objection was timely made on all interested parties pursuant to L. B.R. 9013-1.1 as is shown on the certificate of service previously filed with the Objection.
2. Service of the Notice was timely made on all interested parties pursuant to L. B.R. 9013-1.1 as is shown on the Certificate of Service previously filed with the Notice.
3. No Objections to or Requests for Hearing on the Objection were received by the undersigned.

WHEREFORE, Movant prays that the Court enter an Order, a form previously submitted with the claim objection filed, granting the requested relief.

Dated: January 23, 2015

/s/Douglas B. Kiel
Douglas B. Kiel
Chapter 13 Trustee
4725 S. Monaco St., Ste. 120
Denver, CO  80237
720-398-4444